MURIEL B. KAPLAN (SBN: 124607)
MICHELE R. STAFFORD (SBN: 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone: (415) 882-7900
Facsimile: (415) 882-7900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>PITTSBURG GLASS COMPANY and LEWIS BIDWELL<br><br>  Defendant | CASE NO.: C 04-3095 JSW<br><br>**REQUEST FOR ORDER ON LETTER FOR LEVY SATISFACTION AND RELEASE;**<br><br>**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF;**<br><br>~~**PROPOSED**~~ **ORDER** |

I, Muriel B. Kaplan, declare under penalty of perjury that:

1. I am the attorney for the plaintiffs in the above-entitled action.

2. On or about October 12, 2005, this Court issued a Writ of Execution in favor of Plaintiffs in the amount of **$64,120.22,** plus 6% per annum interest until satisfied. The Writ was based on estimates, in the absence of Defendant's reporting of actual amounts due to Plaintiffs.

3. Levies were issued under the Writ, and some payments received and credited. Defendant subsequently provided reports so that actual amounts due to Plaintiffs could be determined. Defendant recently advised Plaintiffs that funds were now available to satisfy the Writ, and requested the amount now due for its satisfaction, and requested that the levy be released so the

**REQUEST FOR ORDER ON LETTER;**
**DEC. IN SUPPORT,** ~~**PROPOSED**~~ **ORDER**
- 1 -          Case No.: C 04-3095 JSW

1 payment of the **$55,574.37 balance** due to satisfy the Writ could be made to Plaintiffs.

2     4. Plaintiffs provided Defendant with a detailed breakdown of the amounts remaining due,
3 and issued the attached letter of November 23, 2005 to the levied Bank of the West and to
4 Defendant.

5     5. The bank required that my office obtain authorization from the US Marshal to release
6 the levy for an amount less than the Writ. The Marshal's office now requires that the attached letter
7 to the bank be "certified" by the court, to authorize its authority to the bank, based on the attached
8 letter. (See Exhibit A)

9     6. Plaintiffs therefore respectfully request that the court order compliance with the
10 attached letter of November 23.2005 to the Bank of the West, to make payment to the US Marshal's
11 office, of **$55,574.37** made payable to the **"Northern California Glaziers Trust Funds"** as stated
12 in the letter to it dated November 23, 2005, and to thereafter release Plaintiffs' levy as stated in the
13 letter.

15 Dated: November 29, 2005     SALTZMAN & JOHNSON LAW CORPORATION

17     /s/
18     Muriel B. Kaplan
    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

21 Dated: December 5, 2005

22 THE HONORABLE JEFFREY S. WHITE
    UNITED STATES DISTRICT COURT JUDGE

**REQUEST FOR ORDER ON LETTER;
DEC. IN SUPPORT, ~~PROPOSED~~ ORDER**
- 2 -     Case No.: C 04-3095 JSW

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 29, 2005, I served the following document:

**REQUEST FOR ORDER ON LETTER FOR LEVY SATISFACTION AND RELEASE; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF; PROPOSED ORDER**

on interested parties in this action:

Lewis Bidwell
Pittsburg Glass Co.
P.O. Box 191
Pittsburg, California 94565

(X)   Via Facsimile: directed to the recipient above, at fax number 925-432-1750

(X)   Via U.S. Mail: by placing a true copy thereof enclosed in sealed envelope(s), with postage fully prepaid for first-class mail addressed to the parties listed below and deposited for mailing at San Francisco, California. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 29, 2005, at San Francisco, California.

_____/s/_____
Tamra Brown